# Notice of Request to Submit Electronic Evidence

**Case Number:** 25-MJ-262

**Filing Party Name:** United States of America

**Enter the Document number of the docket entry for which the exhibit should be linked. Enter "N/A" if not applicable.** 5

**If the format is PDF, why hasn't it been docketed electronically?**